In the Matter of MAX VICTOR, Appellant, against GEORGE DE MAZ-IROFF et al., Respondents.

Submitted January 3, 1950; decided January 10, 1950.

*Lyman Stansky* for motion.

*Milton M. Levin* opposed.

Motion to dismiss appeal denied, with $10 costs.